UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-3336-CMM

UNITED STATES OF AMERICA

vs.

MAX JERI,

      Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __x__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 86425
99 N. E. 4th Street
Miami, Florida   33132-2111
TEL (305) 961-9074
FAX (305) 530-7976

*United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

MAX JERI,

CRIMINAL COMPLAINT

CASE NUMBER: 15- 3336-CMM

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 9, 2015, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, MAX JERI, did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); and did knowingly and intentionally, possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

I further state that I am a Special Agent with the Immigration and Customs Enforcement and that this complaint is based on the following facts:

On or about October 9, 2015, the defendant, MAX JERI, arrived at Miami International Airport aboard American Airlines Flight #918 from Lima, Peru. After being admitted into the United States by U.S. Customs and Border Protection, the defendant presented himself and his luggage to U.S. Customs and Border Protection for examination. During a secondary examination, U.S. Customs and Border Protection Officers discovered in JERI's luggage approximately 7.95 kilograms of cocaine, hidden inside of purses, books, jackets, bottles, and decorative pillows, in both liquid and powder format. JERI was read his *Miranda* rights and agreed to speak to law enforcement. JERI advised that his ticket had been purchased by a friend that had asked him to deliver two pieces of luggage to Lima, Peru and return with two pieces of luggage. JERI advised that he had previously flown to Lima, Peru for this friend to drop off bags in Peru in October 2014. A field test of the substance proved positive for the presence of cocaine.

TIMOTHY SAUER, SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Sworn to before me, and subscribed in my presence,

October 9, 2015      at      Miami, Florida
Date                                         City and State

CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer             Signature of Judicial Officer