UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-3336-McAliley

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MAX JERI,
    Defendant.
_____/

**DEFENDANT'S INVOCATION OF**
**RIGHT TO SILENCE AND COUNSEL**

  The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the U. S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction, appeals or other post-trial proceedings.

  The defendant requests that the U. S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters

relating to the defendant.  Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

                Respectfully submitted,

                MICHAEL CARUSO
                FEDERAL PUBLIC DEFENDER

BY:    s/ Eric M. Cohen
        Eric M. Cohen
        Assistant Federal Public Defender
        Florida Bar No. 328065
        150 West Flagler Street
        Suite 1700
        Miami, Florida 33130-1555
        Tel:  305-530-7000
        Fax: 305-536-4559
        E-Mail Address: Eric_Cohen@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on October 14, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                     s/ Eric M. Cohen
                                                  Eric M. Cohen

# SERVICE LIST

## United States of America v. Max Jeri

### Case No. 15-3336-McAliley

### United States District Court, Southern District of Florida

Eric M. Cohen, AFPD
Eric_Cohen@fd.org
Federal Public Defender's Office
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Telephone: 305/530-7000
Facsimile: 305/536-4559
Attorney for Defendant
CM/ECF

United States Attorney's Office
99 N.E. 4th Street
Suite 600
Miami, Florida 33132
Telephone: 305/961-9000
Facsimile: 305/530-7976
Attorney for United States
CM/ECF

K:\CohenE\Mag Court\Jeri - 10-13-15\SILENCE.MOT