Filed by ___ D.C.

Oct 22, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **15-20822-CR-MOORE/MCALILEY**

21 U.S.C. § 952(a)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

MAX JERI,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Importation of a Controlled Substance
### (21 U.S.C. § 952(a))

On or about October 9, 2015, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MAX JERI,**

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(2)(B), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 2
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about October 9, 2015, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MAX JERI,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **MAX JERI**, has an interest.

2. Upon conviction of any violation alleged in this Indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended

2

to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| MAX JERI, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____ / | **Superseding Case Information:** |

**Court Division**: (Select One)

New Defendant(s)    Yes _____  No ____
Number of New Defendants ____
Total number of counts ____

_x_ Miami    ____ Key West
____ FTL     ____ WPB     ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect _____

4. This case will take    1-2    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                  (Check only one)

   I    0 to 5 days      _x_         Petty      ____
   II   6 to 10 days     ____        Minor      ____
   III  11 to 20 days    ____        Misdem.    ____
   IV   21 to 60 days    ____        Felony     _x_
   V    61 days and over ____

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____                Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    Yes
   If yes:
   Magistrate Case No.                15-mj-3336-CMM
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    10/09/15
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes    _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes    _x_ No

_____
CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 86425

*Penalty Sheet(s) attached                                       REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** MAX JERI

**Case No:** _____

Count #:1

Importation of Cocaine

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:** Forty Years' Imprisonment

Count #:2

Possession with the Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Forty Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.