UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  15-20822-Cr-Moore/McAliley

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MAX JERI,
    Defendant.
_____/

### STIPULATION REGARDING DEFENDANT JERI'S SATISFACTION OF *NEBBIA* REQUIREMENT

Defendant Max Jeri and the Government agree that Mr. Jeri has satisfied the *Nebbia* requirement attached to his $50,000/10% Bond. In support thereof the parties state as follows:

1. On October 16, 2015, Magistrate Judge Edwin Torres imposed a $200,000 Personal Surety Bond and a $50,000/10% Bond with a *Nebbia* condition.

2. Assistant United States Attorney Cary Aronovitz has advised that based on defense counsel's proffer,[1] the *Nebbia* condition has been satisfied.

---

[1] Counsel for Mr. Jeri will provide documentation supporting that proffer to the government.

WHEREFORE, Mr. Jeri and the Government request that this Court find that *Nebbia* has been satisfied and enter an order stating the same.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| WIFREDO A. FERRER<br>UNITED STATES ATTORNEY | MICHAEL CARUSO<br>FEDERAL PUBLIC DEFENDER |
| *s/ Cary Aronovitz*<br>Cary Aronovitz<br>Assistant United States Attorney<br>Bar No. 86425<br>99 N.E. 4th Street, Suite 400<br>Miami, Florida 33132<br>Tel: 305-961-9100/ Fax: 305-530-6168<br>E-Mail: cary.aronovitz@usdoj.gov | *s/ Eric Cohen*<br>Eric M. Cohen<br>Assistant Federal Public Defender<br>Florida Bar No. 328065<br>150 West Flagler Street, Suite 1700<br>Miami, Florida 33130<br>Tel: 305-530-7000/ Fax: 305-536-4559<br>E-Mail: eric_cohen@fd.org |

### CERTIFICATE OF SERVICE

I HEREBY certify that on **October 27, 2015,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Eric M. Cohen*